*512]    *Lessee of James Moodie *et al. against* John Vandyke *et al.*

Same plaintiff *against* David Ireland *et al.*

When an appeal from the Circuit Court is given to the next term it means the term after the termination of the Circuit Court.

MR. DUNCAN for the defendants made the like motion in these cases, which were appeals from the Circuit Court of Northumberland county. The records were not filed until after the court had risen on the first day of this term.

[Irwin *v.* Reed et al.]

Mr. D. Smith for the plaintiff opposed the motion. The legislature could not mean to impose on a party a thing impracticable to be done. The jury in the first cause gave in their verdict but a few days before; and in the last cause, not until the Saturday evening preceding this term.

Early application was made to the clerk of the Circuit Court for the copies of the proceedings; but he found it impracticable to make them out in due time. Besides, it will not be denied, that the Circuit Court for the county, is still sitting on their own adjournments; and thus we are within the words of the section.

The court after some days advisement, declared, that they were not disposed to discourage appeals. It was a fair construction, which did no violence either to the words or spirit of the act to say, that next term, meant the term holden after the termination of the Circuit Court.

Motions denied.